UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

RAMONA DE LA ROSA

              Plaintiff,

  - against -

CITY OF NEW YORK POLICE DEP'T,
CITY OF NEW YORK, WARNER S.
FREY, ROBERT GONZALEZ, LUIS
MORILLO, AND YVETTE SANTIAGO

              Defendants.

------------------------------------------------------- X

ORDER

09 Civ. 5290 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      For the reasons stated on the record at today's conference, defendants' motion to dismiss the individual defendants is granted.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
               November 9, 2009

1

## - Appearances -

**Plaintiff (Pro Se):**

Ramona De La Rosa
1065 University Avenue
Apt. #7A
Bronx, NY 10452
(718) 293-8278


**For Defendants:**

Pinar Ozgu, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
Room 2-141
New York, NY 10007
(212) 788-0895